UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMEICA BAKER, *et al.* | CIVIL ACTION |
| VERSUS | NO. 23-3991 |
| AMAZON LOGISTICS, INC., *et al.* | SECTION M (2) |

## ORDER & REASONS

Before the Court is a motion for summary judgment filed by defendant Great American Assurance Company ("GAAC").[1] GAAC argues that the policy it issued to defendant Ontime Carriers, LLC ("Ontime") does not provide third-party non-trucking liability coverage and thus does not provide relief for the claims asserted by plaintiffs against it.[2] In support of the motion, GAAC attaches a copy of the policy[3] and an affidavit of its claims manager.[4] In response, plaintiffs advise that they "have received no credible information to provide a meaningful opposition to [GAAC's] position."[5] Accordingly, because the motion is unopposed, and considering the evidence submitted in support of the motion, the record, and finding that there are no genuine issues of material fact in dispute and that mover is entitled to judgment as a matter of law,

IT IS ORDERED that GAAC's motion for summary judgment (R. Doc. 64) is GRANTED.

IT IS FURTHER ORDERED that plaintiffs' claims against defendant Great American Assurance Company are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 8th day of July, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 64.
[2] R. Doc. 64-2 at 1-2.
[3] R. Docs. 64-5 at 3-41; 64-4.
[4] R. Doc. 64-5 at 1-2.
[5] R. Doc. 65 at 2.